IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JULIE PACE**                                                                                              **PLAINTIFF**

**v.**                          **CIVIL ACTION NO.: 2:23-cv-00019-HSO-BWR**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                           **DEFENDANT**

### NOTICE OF SERVICE OF DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S DESIGNATION OF EXPERT WITNESSES

Notice is hereby given that the Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, by and through its attorneys of record, pursuant to Rule 26.1 of the Uniform Local Rules of the United States District Court for the Northern and Southern Districts of Mississippi and Rule 26 of the Federal Rules of Civil Procedure, has this date electronically served on counsel for the Plaintiff the Defendant State Farm Fire and Casualty Company's Designation of Expert Witnesses.

**DATED** this the 21st day of August, 2023.

                                         Respectfully submitted,

                                         BRYAN, NELSON, SCHROEDER,
                                         CASTIGLIOLA & BANAHAN, PLLC
                                         Attorneys for Defendant,

                                         **STATE FARM FIRE AND CASUALTY COMPANY**

                                         BY: /s/ Michael R. Moore
                                             **JOHN A. BANAHAN (MSB 1731)**
                                             **MICHAEL R. MOORE (MSB 104505)**

**BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No. (228) 762-6631
Fax No. (228)769-6392
john@bnscb.com
michael@bnscb.com

## CERTIFICATE OF SERVICE

I, **MICHAEL R. MOORE**, one of the attorneys for the Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, do hereby certify that I have this date electronically filed the foregoing Notice of Service of Designation of Expert Witnesses with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

**DATED:** August 21, 2023.

         /s/ Michael R. Moore
         **MICHAEL R. MOORE (MSB 104505)**

**BRYAN, NELSON, SCHROEDER, CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No. (228) 762-6631
Fax No. (228)769-6392
michael@bnscb.com