NV|5

August 26, 2022                                    Reference No. 112422-0007097.00

Mr. Anthony Patrick
State Farm Insurance
P.O. Box 106169
Atlanta, Georgia 30348-6169

Re:     Roof Assessment
        The Pace Residence
        99 Broken Arrow Trail
        Petal, Mississippi 39465
        Claim Number: 24-36G7-81B

Dear Mr. Patrick:

At your request, **NV5, Inc. (NV5)** conducted a visual, non-destructive assessment at the subject
structure at the above-referenced address. The site visit for this assessment was performed on
August 17, 2022, by NV5 staff in the presence of Mr. Jacob Mangino of River Oaks Roofing. The
purpose of this assessment was to determine the cause and extent of the reported damage to the
exterior and roof covering of the subject structure as related to a wind and/or hailstorm on or about
June 10, 2022. This letter is the summary of NV5's findings and conclusions.

# 1. Assessment Summary

Based on the information acquired, the review of the attached engineering theory and discussion,
and NV5's assessment at the subject structure, the following summary of opinions is provided:

**Tile Roof Covering**

- The condition of the roof covering above the subject structure exhibited age-appropriate wear
  and weathering as evidenced by the apparent age of the roof covering (approximately 20 years),
  and the noted cracks and repairs in the roof tiles and mortar joints.

- There was no visible evidence that the tile roof covering above the subject structure sustained
  damage caused by elevated wind forces, as evidenced by the lack of impact-damaged roof tiles.
  The damage was primarily in the field of the roof slopes and not along the edges/corners of the
  roof slopes, indicating the damage was due to wind.

- The cracks and subsequent repairs to the cracks in some roof tiles noted during NV5's site visit
  were the result of mechanical damage (e.g., foot traffic) that normally occurs during construction,
  maintenance, and installation activities, normal age-related weathering (including the expansion
  and contraction forces within the roof system) and improper spacing of the tiles, and was not the
  result of damage caused by elevated wind forces.

EXHIBIT "V"

PACE CLAIM 81B ECS 0105

- While some of the referenced cracks and repairs exhibited rounded edges indicative of longer-term wear and weathering, some of the cracks exhibited sharp, jagged edges indicative of more recent distress, indicative of an on-going condition.

- The cracks and separations within the mortar between the hip cap tiles/ridge cap tiles and the adjacent roof tiles were caused by shrinkage of the cementitious materials as they cured to a hardened state and were not the result of damage caused by elevated wind forces. The referenced cracks will continue to propagate over the life of a structure as a result of changes in ambient temperature and humidity levels.

- The loose/slipped roof tiles observed within the roof system were the result of deficiencies in the installation of the referenced roof tile and/or the result of fractures of the roof tile caused by foot traffic and/or expansion and contraction forces within the tile roof system and were not the result of damage caused by elevated wind forces.

- The cracked roof tiles can be individually repaired/replaced in a manner similar to the observed tile repairs/replacements noted throughout the roof covering.

## 2. Description of the Structure

The subject structure can be described as a three-story, single-family residence (**Photographs 1 through 4**). According to Ms. Pace, the subject structure was constructed in 2002. As understood by NV5, Ms. Pace has owned the subject structure since March 2019. For the purposes of this document, the subject structure was referenced to face north.

The exterior walls of the residence appeared consistent with frame construction and were finished on the outside with vertical siding and brick veneer with stone veneer accents. The main floor of the subject structure consisted of a concrete slab-on-grade while the second and third floors consisted of frame construction. The roof of the subject structure appeared consistent with frame construction and was overlain with roof tiles.

## 3. Background

During NV5's assessment, Mr. Mangino provided the following information:

- Sometime in February 2022, a hailstorm passed through the neighborhood of the subject structure.

- Sometime in April 2022, a second hailstorm passed through the neighborhood of the subject structure.

- No repairs were made to the roof covering subsequent to the passing of the referenced storm events.

- At the time of NV5's site visit, there was no interior damage reported.



# 4. Site Observations

Observations of the readily observable surfaces at the subject structure revealed the following:

Observations of the **roof covering** of the subject structure revealed the following:

- The roof system above the subject structure was a hip-style roof with the primary ridge oriented in an east-west direction. The roof covering consisted of manufactured synthetic tiles which were fractured, displaced, and missing on all roof slopes of the subject structure **(Photographs 5 through 12)**. Repair sealant was in the fractured portions of some of the roof tiles on the south-facing roof slope of the subject structure.

Observations of the **exterior** of the subject structure revealed the following:

- A lack of spatter marks on the heating, ventilation, and air conditioning (HVAC) unit housing on the south-facing elevation of the subject structure **(Photograph 13)**.
- Spatter marks up to 1/4-inch wide on the rain gutter downspouts on the north-facing elevation of the subject structure **(Photograph 14)**.

# 5. Information Reviewed

As part of NV5's assessment at the subject structure, NV5 reviewed the following information:

*Historical aerial imagery search*

- A review of imagery available online from Google Earth indicated the following and is included in **Figure 1**:
  - The imagery was dated June 30, 2016.
  - The footprint of the subject structure was similar to that observed at the time of NV5's site visit.

*Historical weather information*

- Storm reports were reviewed from the National Oceanic and Atmospheric Administration, National Centers for Environmental Information, Storm Events Database for Forrest County, Mississippi, for the period January 1, 2022, through May 31, 2022 (http://www.ncdc.noaa.gov/stormevents/).
  - Wind speeds up to 58 miles per hour (mph) on February 3, 2022, near Camp Shelby, approximately 10 miles south of the subject structure.
  - Hail up to 1-inch in diameter was reported on March 18, 2022, near Petal, Mississippi, approximately 3.5 miles west of the subject structure.



- Hail up to 1-inch in diameter was reported on May 21, 2022, near Petal, Mississippi, approximately 3.5 miles west of the subject structure.
- Wind speeds up to 56 miles per hour (mph) on March 30, 2022, near the intersection of Highway 49 and Highway 98, approximately 8 miles southwest of the subject structure.

### *Mississippi International Building Code – 2018 Existing Building and 2018 International Building Code*

- **Section 202 General Definitions (IBC-B/EB):**
  - **Addition:** An extension or increase in floor area, number of stories or height of a building or structure.
  - **Alteration:** Any construction or renovation to an *existing structure* other than a *repair* or *addition*.
  - **Dangerous:** Any building, structure, or portion thereof that meets any of the conditions described below shall be deemed dangerous:
    - The building or structure has collapsed, has partially collapsed, has moved off its foundation, or lacks the necessary support of the ground.
    - There exists a significant risk of collapse, detachment, or dislodgement of any portion, member, appurtenance, or ornamentation of the building or structure under service loads.
  - **Positive roof drainage:** The drainage condition in which consideration has been made for all loading deflection of the *roof deck*, and an additional slope has been provided to ensure drainage of the roof within 48 hours of precipitation.
  - **Repair:** The reconstruction, replacement, or renewal of any part of an existing building for the purpose of its maintenance or to correct the damage.
  - **Reroofing:** The process of recovering or replacing an existing *roof covering*.
  - **Roof assembly:** A system designed to provide weather protection and resistant to design *loads*. The system consists of a *roof covering* and *roof deck* or a single component serving as both the roof covering and the *roof deck*. A roof assembly can include an underlayment, a thermal barrier, insulation, or a *vapor retarder*.
  - **Roof covering:** The covering applied to the *roof deck* for weather resistance, fire classification, or appearance.
  - **Roof deck:** The flat or sloped surface constructed on top of the *exterior walls* of a building or other supports for the purpose of enclosing the *story* below, or sheltering an area, to protect it from the elements, not including its supporting members or vertical supports.
  - **Roof recover:** The process of installing an additional *roof covering* over a prepared existing *roof covering* without removing the existing *roof covering*.



- **Roof repair:** Reconstruction or renewal of any part of an existing roof for the purposes of correcting damage or restoring pre-damage condition.
- **Roof Replacement:** The process of removing the existing *roof covering*, repairing any damaged substrate, and installing a new *roof covering*.
- **Roof ventilation:** The natural or mechanical process of supplying conditioned or unconditioned air to, or removing such air from, *attics*, cathedral ceilings, or other enclosed spaces over which a *roof assembly* is installed.
- **Substantial structural damage** as:
  - A condition where any of the following apply:
    - The vertical elements of the lateral-force-resisting system have suffered damage such that the lateral load-carrying capacity of any story in any horizontal direction has been reduced by more than 33 percent from its pre-damaged condition.
    - The capacity of any vertical component carrying gravity load, or any group of such components, that has a tributary area of more than 30 percent of the total area of the structure's floor(s) and roof(s) has been reduced more than 20 percent from its pre-damaged condition, and the remaining capacity of such affected elements, with respect to all dead and live loads, is less than 75 percent of that required by the *International Building Code* for new buildings of similar structure, purpose, and location.
    - The capacity of any structural component carrying snow load, or any group of such components, that supports more than 30 percent of the roof area of similar construction has been reduced by more than 20 percent from its pre-damaged condition, and the remaining capacity of such affected elements, with respect to all dead, live and snow loads, is less than 75 percent of that required by the *International Building Code* for new buildings of similar structure, purpose, and location.

- Section 301.1 General (IBC-EB).

  The *repair*, *alteration*, *change of occupancy*, *addition*, or relocation of all *existing building*s shall comply with Sections 301.2, 301.3, or 301.4.

- Section 301.2 Repairs:

  *Repair*s shall comply with the requirements of Chapter 4.

- Section 401.1 Scope (IBC-EB):

  *Repair*s shall comply with the requirements of this chapter. Repairs to *historic building*s need only comply with Chapter 12.



- **Section 401.2 Compliance:**

  The work shall not make the building less complying than it was before the *repair* was undertaken.

- **Section 405.1 General (IBC-EB):**

  Structural repairs shall be done in compliance with this section and Section 401.2.

- **Section 405.2 Repairs to damaged buildings:**

  Repairs to damaged buildings shall comply with this section.

  – Section 405.2.1 Repairs for less than substantial structural damage:

    Unless otherwise required by this section, for damage less than *substantial structural damage*, the damaged elements shall be permitted to be restored to their pre-damaged condition.

  – **Section 405.2.3 Substantial structural damage to vertical elements of the lateral force-resisting system:**

    A building that has sustained *substantial structural damage* to the vertical elements of its lateral force-resisting system shall be evaluated and repaired in accordance with Section 405.2.3.1, and either repaired in accordance with Section 405.2.3.2 or repaired and retrofitted in accordance with Section 405.2.3.3, depending on the result of the evaluation.

    **Exceptions:**

    1. Buildings assigned to Seismic Design Category A, B, or C whose *substantial structural damage* was not caused by earthquake need not be evaluated or retrofitted for load combinations that include earthquake effects.

    2. One- and two-family dwellings need not be evaluated or retrofitted for load combinations that include earthquake effects.

    o **Section 405.2.3.1 Evaluation**

      The building shall be evaluated by a registered design professional, and the evaluation findings shall be submitted to the *code official*. The evaluation shall establish whether the damaged building, if repaired to its pre-damaged state, would comply with the provisions of the *International Building Code* for load combinations that include wind or earthquake loads, except that the seismic forces shall be the reduced seismic forces.

    o **Section 405.2.3.2 Extent of repair for compliant buildings.**

      If the evaluation establishes that the building in its pre-damage condition complies with the provisions of Section 405.2.3.1, then the damaged elements shall be permitted to be restored to their pre-damage condition.

    o **Section 405.2.3.3 Extent of repair for noncompliant buildings.**



If the evaluation does not establish that the building in its pre-damage condition complies with the provisions of Section 405.2.3.1, then the building shall be retrofitted to comply with the provisions of this section. The wind loads for the *repair* and *retrofit* shall be those required by the building code in effect at the time of original construction, unless the damage was caused by wind, in which case the wind loads shall be as required by the *International Building Code*. The seismic loads for this *retrofit* design shall be those required by the building code in effect at the time of original construction, but not less than the reduced seismic forces.

– **Section 405.2.4 Substantial structural damage to gravity load-carrying components**:

Gravity load-carrying components that have sustained *substantial structural damage* shall be rehabilitated to comply with the applicable provisions for dead and live loads in the *International Building Code*. Snow loads shall be considered if the *substantial structural damage* was caused by or related to snow load effects. Undamaged gravity load-carrying components that receive dead, live, or snow loads from rehabilitated components shall also be rehabilitated if required to comply with the design loads of the *rehabilitation* design.

o **Section 405.2.4.1 Lateral force-resisting elements**:

Regardless of the level of damage to vertical elements of the lateral force-resisting system, if *substantial structural damage* to gravity load-carrying components was caused primarily by wind or seismic effects, then the building shall be evaluated in accordance with Section 405.2.3.1 and, if noncompliant, retrofitted in accordance with Section 405.2.3.3.

**Exceptions:**

1. Buildings assigned to Seismic Design Category A, B, or C whose *substantial structural damage* was not caused by earthquake need not be evaluated or retrofitted for load combinations that include earthquake effects.

2. One- and two-family dwellings need not be evaluated or retrofitted for load combinations that include earthquake effects.

• **Section 1511.1 General (IBC-B)**:

Materials and methods of application used for recovering or replacing an existing roof covering shall comply with the requirements of Chapter 15.

**Exceptions:**

1. *Roof replacement* or *roof recover* of existing low-slope roof coverings shall not be required to meet the minimum design slope requirement of one-quarter unit vertical in 12 units horizontal (2-percent slope) in Section 1507 for roofs that provide positive roof drainage.

2. Recovering or replacing an existing roof covering shall not be required to meet the requirement for secondary (emergency overflow) drains or scuppers in Section 1502.2



for roofs that provide for positive roof drainage. For the purposes of this exception, existing secondary drainage or scupper systems required in accordance with this code shall not be removed unless they are replaced by secondary drains or scuppers designed and installed in accordance with Section 1502.2.

- **Section 1511.3 Roof replacement**:

  *Roof replacement* shall include the removal of all existing layers of the roof coverings down to the roof deck.

  **Exception:**

  Where the existing roof assembly includes an ice barrier membrane that is adhered to the roof deck, the existing ice barrier membrane shall be permitted to remain in place and covered with an additional layer of ice barrier membrane in accordance with Section 1507.

  - **Section 1511.3.1 Roof recover**:

    The installation of a new roof covering over an existing roof covering shall be permitted where any of the following conditions occur:

    1. Where the new roof covering is installed in accordance with the roof covering manufacturer's approved instructions.

    2. Complete and separate roofing systems, such as standing-seam metal roof panel systems, that are designed to transmit the roof loads directly to the building's structural system and that do not rely on existing roofs and roof coverings for support, shall not require the removal of existing roof coverings.

    3. Metal panel, metal shingle, and concrete and clay tile roof coverings shall be permitted to be installed over existing wood shake roofs when applied in accordance with Section 1511.4.

    4. The application of a new protective coating over an existing protective roof coating, metal roof panel, built-up roof, spray polyurethane foam roofing system, metal roof shingles, mineral-surfaced roll roofing, modified bitumen roofing or thermoset and thermoplastic single-ply roofing shall be permitted without tear off of existing roof coverings.

    - **Section 1511.3.1.1 Exceptions**:

      A *roof recover* shall not be permitted where any of the following conditions occur:

      1. Where the existing roof or roof covering is water soaked or has deteriorated to the point that the existing roof or roof covering is not adequate as a base for additional roofing.

      2. Where the existing roof covering is slate, slate, cement or asbestos-cement tile.

      3. Where the existing roof has two or more applications of any type of roof covering.



- **Section 1511.4 Roof recovering**:

  Where the application of a new roof covering over wood shingles or shake roof creates a combustible concealed space, the entire existing surface shall be covered with gypsum wallboard, mineral fiber, glass fiber, or other *approved* materials securely fastened in place.

- **Section 1511.5 Reinstallation of materials**:

  Existing slate, clay, or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Existing vent flashing, metal edgings, drain outlets, collars, and metal counter flashings shall not be reinstalled where rusted, damaged or deteriorated. Aggregate surfacing materials shall not be reinstalled.

It should be noted that although NV5 has reviewed the previously referenced information acquired by others and relied on their content, NV5 does not guarantee the accuracy of the referenced information.

## 6. Limits of Study

This document was prepared for the exclusive use of **State Farm Insurance** and was not intended for any other purpose. The observations and opinions contained herein are based upon information provided to us at the time of this document's preparation. The evaluation performed on the above date was a visual assessment. Areas hidden from view such as ceiling, wall, and floor cavities or other inaccessible areas were not examined. Please note that NV5 reserves the right to revise the document above as conditions change or additional information becomes available. This document was prepared for our client's use and NV5 disavows any liability for use by others.



NV5 appreciates this opportunity to have assisted you with this assessment. Please contact us if you have any questions or need additional information.

Sincerely,

NV5

Mississippi Engineering Business No.: 2022



Digitally signed by Cornelia Sides
Date: 2022.08.26 15:36:53 -05'00'

Cornelia Sides
Professional Engineer
Mississippi PE License No.: 32329

CS/SEH/1

Project review performed by Erwin Williams

Encl.   Figure 1          Google Earth Aerial Imagery
        Attachment A      Site Photographs
        Attachment B      Engineering Theory



**N|V|5**



Figure 1 – Google Earth Aerial Imagery dated June 30, 2016.

# N|V|5

## Site Photographs



1 – View of the north-facing elevation of the house.



2 – View of the west-facing elevation of the house.





3 – View of the south-facing elevation of the house.



4 – View of the east-facing elevation of the house.



**PACE CLAIM 81B ECS 0119**



5 – View of displaced roof tile (arrow) on the north-facing roof slope of the subject structure.



6 – View of displaced roof tile (arrow) on the north-facing roof slope of the subject structure.



7 – View of missing roof tile (arrow) on the north-facing roof slope of the subject structure.



8 – View of fractured and missing roof tiles (arrows) on the south-facing roof slope of the subject structure.

N|V|5



9 – View of fractured roof tiles (arrows) on the south-facing roof slope of the subject structure. Repair sealant was in the fractured portion of the tile.



10 – View of fractured roof tiles (arrow) on the south-facing roof slope of the subject structure.



11 – View of fractured roof tile (arrow) on the south-facing roof slope of the subject structure. Repair sealant was in the fractured portion of the tile.



12 – View of fractured roof tile (arrow) on the south-facing roof slope of the subject structure. Repair sealant was in the fractured portion of the tile.

N|V|5



13 – View of the heating, ventilation, and air conditioning (HVAC) unit housing on the south-facing elevation of the subject structure. No spatter marks were on the HVAC unit.



14 – View of spatter marks up to 1/4-inch wide on the rain gutter downspout on the north-facing elevation of the subject structure.



# NV5

# Engineering Theory

### *Hail Damage to Tile Roof Coverings*

- Hail damage to a sloped roof covered with tiles is characterized by sporadic cracks with radial patterns distributed fairly evenly over the areas of all the roof slopes exposed to the hail.

- Hail impacts to roof surfaces of sufficient size to damage the roof tiles will typically affect metal roof components and nearby metal objects, such as roof vents, the housings of air conditioning compressors, gutters, downspouts, and screen enclosures. Hail damage to metal objects will frequently appear as multiple pitted areas in the metal surfaces as a result of the hail impacts.

- Isolated and sporadic cracks in roof tiles typically indicate damage from foot traffic. The tiles will crack at the tile corner, where the tile is thinnest from the manufacturing process, or appear as single cracks across the tile in response to a localized concentrated load placed on the tile from walking.

- Manufacturing and/or installation defects can also be exhibited as cracks at the tile corner. These defects are the result of deficiencies in the uniformity of the roof mix, the pressing or extruding process, which causes an isolated weakness in the tile and/or installation without provision for thermal expansion and contraction which causes elevated pressure between tiles.

- Functional damage to a tile roof system is considered to be significant quantities of cracked, displaced, misaligned, or missing tiles that expose and/or puncture the underlayment. These conditions result in a diminution of water-shedding capability or a reduction in the expected service life of the roofing material.

### *Wind Damage to Tile Roof Coverings*

- Roof tile damage (e.g., missing or displaced tiles) caused by elevated wind forces will normally first occur along the edges, corners, and ridges of the roof and can progress inward as wind speeds and uplift increase. This behavior of wind forces is recognized by applicable building codes that require these areas to be designed to resist higher forces for a given wind speed compared to the main body of the roof.

- To cause the detachment of an individual roof tile secured to the substrate with mechanical fasteners or to cause the de-bonding of an individual roof tile secured with cementitious mortar or foam adhesive; the wind uplift force must first overcome the dead weight of the tile and must be of sufficient additional magnitude to break the tile, fastener and/or the bond between the cementitious mortar or foam adhesive used to secure the tile to the substrate. The force necessary to break the tile or fastener or the bond of a properly secured tile is greater than the force necessary to overcome the weight of the tile. Therefore, if wind forces were to affect a tile to the degree necessary to cause detachment, the tile would be significantly displaced from its installed location and/or blown off the roof.

- Unattached and/or non-bonded roof tiles in their originally installed positions on the roof indicate that conditions other than wind forces were responsible for the unattached and/or non-bonded condition.

- Wind-related damage to tile roofs is typically exhibited as displaced or missing roof tiles.

- Additional damages to tile roofs can be sustained by wind-borne debris that strikes the roof surfaces. Damage from wind-borne debris typically appears as one of more tiles that are "smashed," or broken into numerous smaller pieces.



### *Tile Corner / Edge Cracks*

- A condition often encountered during roof inspections and often incorrectly believed to be associated with wind damage are broken cover lock corners and edges. Given that the roof tiles are thinnest at the interlock (i.e., the vertical joint where the cover lock mates to the under lock of the adjoining tile), the lower right corner or right edges of the roof tiles are most susceptible to breakage when subjected to foot pressure and/or expansion and contraction forces within the roof assembly.

- If tiles are not properly aligned or are installed without a shunt or separation along the interlock (approximately 1/16" depending upon the manufacturer), or the tiles are installed too tight, the tiles can be broken when subjected to foot pressure and/or by expansion and contraction forces within the roof assembly. Breakage of corners or edges is often widespread on tile roofs which have been cleaned regularly (pressure washing) and is not a condition directly associated with elevated wind forces.

- Although corner breaks may be an aesthetic consideration, they generally do not adversely affect the function of the tile unless the water shedding capability of the tile is adversely affected (i.e., larger corner breaks).

### *Tile Roofing*

- Tile roofing is typically a combination of two systems, an outer layer (the roof tiles) and an under layer (a membrane system).

- Properly installed roof tiles will typically allow for some limited rotational movement at the fastener location on the upper portion of the tile, which is accomplished by providing a gap between the fastener head and the top surface of the roof tile. Fasteners that are installed tight against the top surface of the tile do not allow for rotational moment and will potentially crack the tile at the fastener location.

