IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JULIE PACE                                                                                    PLAINTIFF

VS.                                           CIVIL ACTION NO. 2:23-cv-19-KS-BWR

STATE FARM FIRE AND CASUALTY
COMPANY                                                            DEFENDANT

## **JUDGMENT**

For the reasons set forth in the Order entered this date, the Court hereby dismisses all of Plaintiff's claims against Defendant with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this entire case is hereby dismissed.

SO ORDERED AND ADJUDGED, this 24th day of June, 2024.

                                                                   */s/ Keith Starrett*
                                                                   KEITH STARRETT
                                                                   UNITED STATES DISTRICT JUDGE