IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JULIE PACE**                                                                                                 **PLAINTIFF**

**vs.**                                      **CIVIL ACTION No.: 2:23-CV-19-HTW-BWR**

**STATE FARM FIRE AND CASUALTY COMPANY**                 **DEFENDANT**

**ORDER OF DISMISSAL**

At a July 16, 2025, hearing, this Court facilitated settlement discussions between the parties; and the parties, on the record, then announced their settlement and its material terms. This case already stood "closed" after summary judgment, so this Court ordered the case reopened, and the pending motions terminated, in an immediately preceding order. With the case now reopened, this Court, to permit the parties to finalize their paperwork, accordingly:

**ORDERS** that this case hereby is **DISMISSED WITHOUT PREJUDICE**. The parties shall submit a Final Agreed Judgment, dismissing this matter **WITH PREJUDICE**, within thirty (30) days of this order. The parties may request additional time to finalize the settlement agreement, if necessary.

This Court specifically retains jurisdiction to enforce the settlement agreement. If any party fails to consummate this resolution within thirty (30) days of this order, any aggrieved party may reopen the case for enforcement of the settlement agreement; and, if such motion is successful, this Court shall award any such aggrieved party all additional attorney fees and costs from the date of this order against the party failing to consummate the agreement.

SO ORDERED AND ADJUDGED this the   16th   day of        July       , 2025.

                                                             **/s/ HENRY T. WINGATE**
                                                             **UNITED STATES DISTRICT COURT JUDGE**