IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JULIE PACE                                                                                    PLAINTIFF

v.                                         CIVIL ACTION NO.: 2:23-cv-00019-HTW-BWR

STATE FARM FIRE AND
CASUALTY COMPANY                                                                DEFENDANT

### FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED and ADJUDGED that, the above-captioned civil action is dismissed with prejudice as to all parties with the parties to bear their own costs.

SO ORDERED this the 19th day of August, 2025.

_____
HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE